189

(No. 75-CC-213— )

EXXON COMPANY, U.S.A., Claimant, *vs.* STATE OF ILLINOIS, CIVIL DEFENSE AGENCY, Respondent.

*Opinion filed November 25, 1974.*

JAMES LESTIKOW, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.

(No. 75-CC-318— )

WALLACE, INC., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LAW ENFORCEMENT, Respondent.

*Opinion filed November 25, 1974.*

WALLACE INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PER CURIAM.